## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,       :
       :
v.       :
       :    Case No.: 7:21-CR-00029 (WLS-TQL)
       :
JONATHAN G. HARDIN,       :
       :
       :
    Defendant.       :
       :

### ORDER

Before the Court is a Motion to Seal, filed by the Government on August 3, 2021. (Doc. 13.) For good cause shown therein and upon the Court's review of the motion to be sealed, the Motion to Seal is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Motion for Protective Order emailed on August 3, 2021 under seal, with access available only to counsel for the Parties until further order of the Court.

**SO ORDERED**, this 4th day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**