IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-29 (WLS-TQL-1) |
| | : |
| JONATHAN G. HARDIN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is the Parties' Joint Response (Doc. 27) – filed September 24, 2021 – to this Court's September 126, 2021 Order (Doc. 26) requesting a status update. Therein, the Parties inform the Court that they have reached a plea agreement and respectfully request a change of plea date be set. (Doc. 27.)

In order to maintain a complete and accurate record of the proceedings, Counsel are hereby **ORDERED** to confer and contact the Courtroom Deputy to schedule a change of plea hearing, **no later than seven (7) days, October 5, 2021** from the entry of this order.

**SO ORDERED**, this   28th   day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1