# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:21-CR-29-WLS-TQL-1 |
| JONATHAN G. HARDIN | : |
| | : |

## ORDER

Before the Court is Assistant United States Attorney (AUSA) Katelyn Semales request that this Court grant a leave of absence – for the time period between September 30, 2021 through February 17, 2022 – in this case for medical reasons. (Doc. 30.) AUSA Michael T. Solis entered their appearance on September 26, 2021 (Doc. 28) and will be counsel of record in this case until AUSA Katelyn Semales returns from medical leave. For the reasons cited in the Request for Leave of Absence, AUSA Katelyn Semales request is **GRANTED**.

**SO ORDERED**, this __4th__ day of October, 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1