IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:21-CR-29 (WLS-TQL-1) |
| : | |
| JONATHAN G. HARDIN, : | |
| : : | |
| Defendant. : | |
| : | |

### ORDER

On July 8, 2021, Defendant, Jonathan Hardin, was indicted in a five (5) count Indictment. (Doc. 1.) On October 6, 2021, a change of plea hearing was held in this matter in which Defendant entered a plea of guilty to Counts One and Two of the Indictment. (Doc. 32.) Defendant entered a plea of guilty with the assistance of Defense Counsel, Kweku Toure, a former attorney at the Office of the Federal Defenders of the Middle District of Georgia.

On February 11, 2022, Defense Counsel, Chauntilia K. Adaway, entered her Notice of Appearance. (Doc. 36.) Therein, Defense Counsel noted that she had been substituted in place of prior counsel, Assistant Federal Defender Kweku Toure. (*Id.*)

On September 9, 2022, Defense Counsel, Chauntilia K. Adaway, filed an *ex parte* Motion to Withdraw, moving this Court to permit her and the Office of the Federal Defenders of the Middle District of Georgia to withdraw as court appointed counsel in this action. (Doc. 44.) Defense Counsel moved to withdraw as Defendant wishes to withdraw his plea of guilty.[1] (Doc. 45.) After confirming that a conflict of interest did in fact exist, this Court entered an Order (Doc. 52) permitting Chauntilia K. Adaway and the Office of the Federal Defenders to withdraw as court appointed counsel in this action. In that Order the United States Magistrate Judge was directed to appoint an attorney from the CJA roster of attorneys to represent Defendant. (*Id.*)

---

[1] Defendant moves to withdraw his plea of guilty contending that he was not properly advised that relevant conduct from the three (3) counts that were dismissed would be taken into consideration and the maximum possible sentence that a plea of guilty would expose Defendant to. (Doc. 45.)

1

On October 6, 2022, Attorney Phil Cannon was appointed to represent Defendant. (Doc. 53.) On October 11, 2022, the Government filed its Response (Doc. 54) to Defendant's Motion to Withdraw his Plea of Guilty. (Doc. 45.) In order to expeditiously resolve this matter, it is hereby **ORDERED** that Defense Counsel, Phil Cannon, consult with the Defendant, as to whether the Defendant still wishes to proceed with his Motion to Withdraw his Plea of Guilty (Doc. 45) and file a Reply to the Government's Response (Doc. 54) **within twenty-one (21) days from the entry of this Order or by no later than November 3, 2022**. Thereafter if Defendant chooses to proceed with his motion, the Court shall determine whether a hearing on Defendant's Motion to Withdraw his Plea of Guilty (Doc 45) is required.

**SO ORDERED**, this 13th day of October 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**