# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Case No.: 7:21-CR-29 (WLS-TQL-1) |
| | : |
| JONATHAN G. HARDIN, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On October 13, 2022, this Court ordered Defendant's newly appointed Counsel to consult with the Defendant regarding whether Defendant still wished to proceed with his Motion to Withdraw his Plea of Guilty and file a Reply to the Government's Response by no later than November 3, 2022. (Docs. 45, 53, 54, & 55.) To date, no Reply has been filed. Accordingly, Defense Counsel is hereby **ORDERED** to immediately inform the Court whether Defendant wishes to proceed with Motion to Withdraw his Plea of Guilty. (Doc. 45.)

Thereafter if Defendant chooses to proceed with his Motion (Doc. 45), the Court shall determine whether a hearing is required and if it is not the Court shall rule on the record presently before the Court.

**SO ORDERED**, this 14th day of November 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1