IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:21-CR-29 (WLS-TQL-1) |
| : | |
| JONATHAN G. HARDIN, : | |
| : : | |
| Defendant. : | |
| : | |

**ORDER**

On July 8, 2021, Defendant, Jonathan Hardin, was indicted in a five (5) count Indictment. (Doc. 1.) On October 6, 2021, a change of plea hearing was held in this matter in which Defendant entered a plea of guilty to Counts One and Two of the Indictment. (Doc. 32.) Defendant entered a plea of guilty with the assistance of Defense Counsel, Kweku Toure, an attorney previously employed at the Office of the Federal Defenders of the Middle District of Georgia.

On September 9, 2022, Defendant moved to withdraw his plea of guilty. (Doc. 45.) As Defendant's new Federal Defender, Chauntilia K. Adaway, had a conflict of interest this Court entered an Order (Doc. 52) permitting Ms. Adaway and Office of the Federal Defenders to withdraw as appointed counsel in this action. Substitute counsel was subsequently appointed from the CJA roster of attorneys. (Doc. 53.)

On October 13, 2022, this Court ordered Defense Counsel to consult with the Defendant, as to whether the Defendant still wished to proceed with his Motion to Withdraw his Plea of Guilty. (Doc. 55.) Defense Counsel noticed the Court on November 15, 2022, that Defendant had decided not to withdraw his plea of guilty and is therefore ready to proceed with sentencing (Doc. 58) except that Defendant may request an evaluation prior to sentencing. Accordingly, Defendant's Motion to Withdraw his Plea of Guilty (Doc. 45) is hereby **DENIED as MOOT** pending Defendant's confirmation at a conference to be noticed by separate order.

1

In Defendant's "Notice to Court of Intention to Proceed" Defendant also informally requested that this Court authorize funds for the purpose of a psychological examination. (Doc. 58.) The purpose of the psychological examination is to determine whether there was any mitigating evidence relating to potential psychological issues. (Doc. 58.) Defense Counsel note that given the potential privacy and HIPAA concerns, Counsel would communicate in a less public forum regarding this request apparently by way of a formal motion and showing to the Court

Accordingly, Defendant is hereby **ORDERED** to file a formal motion for a psychological examination laying out the grounds as to why the psychological evaluation may be necessary. Given the potential privacy and HIPAA concerns, Defendant may file the motion under seal.

**SO ORDERED**, this 16th day of November 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**