IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:21-cr-029 (WLS) |
| JONATHAN G. HARDIN, | : |
| Defendant. | : |

**ORDER**

On March 2, 2023, this Court sentenced Defendant, Jonathan Hardin, on two Counts of Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), to three-hundred and sixty (360) months imprisonment, for a total term of seven-hundred and twenty (720) months. (Doc. 67.) During the sentencing hearing the Government noted that no claims had been made regarding restitution by the victims of this case. The Court ordered that the matter of restitution be left open for ninety (90) days, or until May 31, 2023, to ensure that the victims had an opportunity to make a claim.

To date, this Court has not been notified of any additional restitution claims, and no briefs have been filed. However, restitution is mandatory in the present case in the amount of at least $3,000. 18 U.S.C. § 2259(b)(2)(B).

Accordingly, if no restitution claim is filed before May 31, 2023, restitution is **ORDERED** in the amount of $3,000 to be paid to Minor Victim #1 in the present matter. If either Party objects to this restitution Order, they shall have **fourteen (14) days** to file a written objection.

**SO ORDERED**, this 26th day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1